# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CRUMP INSURANCE SERVICES, INC.**                                    **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 4:09cv105-HTW-LRA**

**HERRINGTON INSURANCE AGENCY INC.,**
**MARCUS L. HERRINGTON, SR.,**
**MARCUS L. HERRINGTON, JR.**                                                **DEFENDANTS**

## JUDGMENT

**THIS CAUSE** having come before the Court on Motion of the Plaintiff, Crump Insurance Services, Inc., for the entry of Judgment against Defendants, Herrington Insurance Agency, Inc. and Marcus Herrington, Sr., and the Court has noted that the Defendants have decided not to litigate this case any further and have agreed to pay Plaintiff, Crump Insurance Services, Inc., in the total amount of $274,436.30, plus interest at the legal rate of 0.35% per annum.

**IT IS THEREFORE ORDERED AND ADJUDGED** that a Judgment is hereby entered in favor of the Plaintiff, Crump Insurance Services, Inc., and against Defendants, Herrington Insurance Agency, Inc. and Marcus Herrington, Sr., in the total amount of $274,436,30 plus interest at the legal rate of 0.35% per annum.

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2010.

                                                        **s/ HENRY T. WINGATE**
                                                        **CHIEF JUDGE**
                                                        **UNITED STATES DISTRICT COURT**

AGREED TO BY:

_____
Craig M. Geno (MB #4793)
Attorney for Herrington Insurance Agency, Inc. and
Marcus Herrington, Sr.

_____
Jody E. Owens, II (MB #102333)
James B. Galloway (MB #4382
Attorneys for Crump Insurance Services, Inc.



CIVIL ACTION NO. 4:09cv105-HTW-LRA
Judgment